UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THERESA WAGNER, JENNIFER BRAEUNER, THE METROPOLITAN NASHVILLE EDUCATION ASSOCIATION, THE ANDERSON COUNTY EDUCATION ASSOCIATION, and THE TENNESSEE EDUCATION ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM HASLAM, et al., <br><br> Defendants. | Case No. 3:15-CV-115 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss filed by the State Defendants (Docket No. 31) and the Motion to Dismiss filed by defendant Metropolitan Nashville Board of Public Education (Docket No. 40) are **GRANTED**. The plaintiffs' claims against those defendants are hereby **DISMISSED WITH PREJUDICE**.

The plaintiffs' claims against defendant Anderson County Schools Board of Education, which did not join either motion, will proceed. By separate order, the court will reset the initial case management conference with respect to these remaining parties.

It is so **ORDERED**.

Enter this 12th day of June 2015.

ALETA A. TRAUGER
United States District Judge

1